FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

**IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY**
**STATE OF OKLAHOMA**

DEC 08 2020

CATHI EDWARDS, COURT CLERK

_____
DEPUTY

Pedro Alvarado,                          )
                                         )
                    Plaintiff,           )          CJ 2020- 360
vs.                                      )
                                         )
National Design Build Services LLC       )
                    Defendant,           )
                                         )

**PETITION**

COMES NOW, the Plaintiff, Pedro Alvarado, and for his Petition against the Defendant,

alleges and states as follows:

1.      On or about January 10, 2019, Plaintiff Pedro Alvarado was an employee of

        Vertical Concrete Structures Inc. working at the job site at the Sofidel Paper Mill

        location at Inola, Rogers County, Oklahoma in Building E at said location.

2.      That upon information and belief, Defendant National Design Build Services LLC

        was contracted to perform and performing HVAC work at the Sofidel Paper Mill

        location at Inola Rogers County Oklahoma Building E during the relevant time

        periods in January 2019.

3.      That upon information and belief, Defendant National Design Build Services LLC

        is a foreign limited liability company incorporated in Missouri and registered in

        Oklahoma.

4.      That upon information and belief, employees of Defendant National Design Build

        Services LLC negligently removed red danger tape and any barriers to the area

        (subject area) in which they were working at the Sofidel Paper Mill location at

**Exhibit 1**

Inola Rogers County Oklahoma Building E before said work was completed and while a gap still existed in the floor in the area in which they had been working.

5.    That upon information and belief, in said subject area at the Sofidel America location at Inola Rogers County Oklahoma Building E on approximately 1-10-19 at approximately 3:20 pm, employees of upon information and belief Vertical Concrete Structures Inc. were carrying some plywood boards which fell some several feet from the floor above through subject gap, landing on the right shoulder area of the Plaintiff Pedro Alvarado, who was on the floor below.(subject boards).

6.    That at the time of the fall subject boards, no warning tape or barriers or any warning of the gap in the floor was present in subject area.

7.    That as a result of the falling boards impacting his shoulder, Plaintiff sustained injury, suffered great pain of body and mind, incurred expenses for medical treatment, and was prevented from transacting his business.

8.    That said plywood boards fell through said floor directly as a result of the negligence of employees of Defendant National Design Building Services LLC, who breached its duty of care by negligently removing red danger tape and any barriers to the area in which they were working at the Sofidel America location at Inola Rogers County Oklahoma Building E and in which said gap was located before said work was completed.

9.    As a result, subject area was unsafe to work in and there were unmarked warnings or danger signs of the gap in the floor which a created the hazardous and unsafe conditions in which subject boards fell through the floor and injured Plaintiff.

10.     That Defendant National Design Build Services LLC is vicariously liable under

the doctrine of respondeat superior for the negligent acts of its employees in

subject 1-10-19 incident.   '

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays judgment

against the Defendant in an amount in excess of 28 U.S.C. 1332 limits together with interest,

costs, and attorney fees.


ATTORNEY LIEN ASSERTED



                                             Respectfully submitted,

                                             _____
                                             Bret A. Unterschuetz OBA #14088
                                             ARTHUR H. ADAMS, P.C.
                                             10202 E. 41st ST.
                                             Tulsa, Okla. 74146
                                             Telephone:    (918) 496-9155
                                             Facsimile:    (918) 496-0106

**IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY**
**STATE OF OKLAHOMA**

Pedro Alvarado,                     )

                                    )

                   Plaintiff,    )      CJ 2020-360

vs.                             )

                                    )

National Design Build Services LLC   )

                   Defendant,   )

                                    )

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA

**JAN 28 2021**

CATHI EDWARDS, COURT CLERK

DEPUTY

**FIRST AMENDED PETITION**

COMES NOW, the Plaintiff, Pedro Alvarado, and pursuant to 12 O.S. 2015  and as no responsive pleading has been filed, does for his First Amended Petition against the Defendant alleges and states as follows:

1.     On or about January 10, 2019, Plaintiff Pedro Alvarado was an employee of Vertical Concrete Structures Inc. working at the job site at the Sofidel Paper Mill location at Inola, Rogers County, Oklahoma in Building E at said location.

2.     That upon information and belief, Defendant National Design Build Services LLC was contracted to perform and performing HVAC work at the Sofidel Paper Mill location at Inola Rogers County Oklahoma Building E during the relevant time periods in January 2019.

3.     That upon information and belief, Defendant National Design Build Services LLC is a foreign limited liability company incorporated in Missouri and registered in Oklahoma.

4.     That upon information and belief, employees of Defendant National Design Build Services LLC negligently removed red danger tape and any barriers to the area

(subject area)  in which they were working at the Sofidel Paper Mill location at Inola Rogers County  Oklahoma Building E before said work was completed and while a gap still existed in the floor in the area in which they had been working.

5.   That upon information and belief, in said subject area  at the Sofidel America location at Inola Rogers County  Oklahoma Building E on approximately 1-10-19 at approximately 3:20 pm, employees of upon information and belief National Design Build Services LLC were carrying some plywood boards which fell some several feet from the floor above through subject gap, landing on the right shoulder area of the Plaintiff Pedro Alvarado, who was on the floor below.(subject boards).

6.   That at the time of the fall subject boards, no warning tape or barriers or any warning of the gap in the floor was present in subject area.

7.   That as a result of the falling boards impacting his shoulder, Plaintiff sustained injury, suffered great pain of body and mind, incurred expenses for medical treatment, and was prevented from transacting his business.

8.   That said plywood boards fell through said floor directly as a result of the negligence of employees of Defendant National Design Building Services LLC, who breached its duty of care by dropping said boards and  by negligently removing red danger tape and any barriers to the area in which they were working at the Sofidel America location at Inola Rogers County  Oklahoma Building E and in which said gap was located before said work was completed.

9.   As a result, subject area was unsafe to work in and there were unmarked warnings or danger signs of the gap in the floor which a created the hazardous and unsafe

conditions in which subject boards fell through the floor and injured Plaintiff.

10.     That Defendant National Design Build Services LLC is vicariously liable under

the doctrine of respondeat superior for the negligent acts of its employees in

subject 1-10-19 incident.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays judgment

against the Defendant in an amount in excess of 28 U.S.C. 1332 limits together with interest,

costs, and attorney fees.


ATTORNEY LIEN ASSERTED


Respectfully submitted,


Bret A. Unterschuetz OBA #14088
ARTHUR H. ADAMS, P.C.
10202 E. 41st ST.
Tulsa, Okla. 74146
Telephone:    (918) 496-9155
Facsimile:    (918) 496-0106

ROGERS COUNTY

## RETURN/AFFIDAVIT OF SERVICE
## IN THE DISTRICT COURT OF ~~T~~ ▮▮▮▮▮▮▮▮▮
## STATE OF OKLAHOMA
200 South Lynn Riggs Blvd, Claremore, Oklahoma 74017

Case No. _____

| | |
|---|---|
| PEDRO ALVARADO,        Plaintiff(s) | Attorney(s) for Plaintiff(s) |
| | Name _____ |
| vs. | Address ~~BRET A. UNTERSCHUETZ, OBA 14088~~ |
| | ~~10202 East 41st Street~~ |
| NATIONAL DESIGN BUILD SERVICES LLC , | TULSA, OKLAHOMA 74146 |
|        Defendant(s) | Telephone _____ |
| | (918) 496-9155 |

### PERSONAL SERVICE

I certify that I received the foregoing summons the _____ day of _____, 20_____, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following named defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Name of Defendant | Address | Date of Service |
|---|---|---|
| National Design Build Services LLC | | |
| R/A:   Corporation Service Company | | |
| 10300 Greenbriar Place | | |
| ~~Oklahoma City, OK 73159~~ | | |

### USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons the _____ day of _____, 20_____, and that on _____, I served _____ by leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years if age or older.

### CORPORATION RETURN

Received this summons this _____ day of _____, 20_____, and as commanded therein, I summoned the within named defendant, as follows, to wit:

_____

a corporation, on the _____ day of _____, 20_____, by delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the _____ of said corporation, and the _____ President, Vice President, Secretary, Treasurer, or other chief officer not being found in said County.

### NOT FOUND

Received this summons this _____ day of _____, 20_____, I certify that the following persons of the defendant(s) within named not found in said County:

_____

### FEES

Fee for service $_____, Mileage $_____, Total $_____

Dated this _____ day of _____, 20_____.

                                                  Sheriff

By: _____

                            Deputy - Tulsa County, Oklahoma

By: _____

                       Process Server - Tulsa County, Oklahoma

### AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

                                        Process Server

Subscribed to and sworn to before me this _____ day of _____, 20_____.

                      ~~Don Newberry~~, Court Clerk

My Commission Expires: _____

                      Deputy Court Clerk or Notary Public

### CERTIFICATE OF SERVICE BY MAIL

I certify that I mailed copies of the foregoing summons with a copy of the petition and order attached to the following named defendants at the address shown by certified mail, addressee only, return receipt requested, on the _____ day of _____, 20_____, and receipt thereof on the dates shown:

| Defendant | Address Where Served | Date Receipted |
|---|---|---|
| | | |
| | | |
| | | |

                          Signature of person mailing summons

**Return BOTH copies.**

**CERTIFIED MAIL**

Arthur H. Adams, P.C.
A PROFESSIONAL LAW CORPORA
10202 EAST 41ST STREET
TULSA, OK 74146



7019 1120 0001 8741 7469

TULSA OK 740

26 FEB 2021 PM

FIRST-CLASS



US POSTAGE

$ 007.16⁰

02 7H
0001291041    FEB 26 2021
MAILED FROM ZIP CODE 74146

National Design Build Services LLC
R/A:Corporation Service Company
10300 Greenbriar Place
Oklahoma City, OK 73159

73159-765399

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>ROGERS COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Pedro Alvarado,<br>        Plaintiff,<br><br>v.<br><br>National Design Build Services LLC,<br>        Defendant. | **No. CJ-2020-360**<br>**(Civil relief more than $10,000: NEGLIGENCE (GENERAL))**<br><br>Filed: 12/08/2020<br><br><br><br>Judge: Condren, Sheila A. |

## PARTIES

Alvarado,  Pedro, Plaintiff
National Design Build Services LLC, Defendant

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| Unterschuetz,  Bret  A. (Bar #14088)<br>Arthur H. Adams, P.C.<br>12020 East 41st Street<br>Tulsa, OK 74146 | Alvarado,   Pedro |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**          Issue: NEGLIGENCE (GENERAL) (NEGL)
              Filed By: Alvarado, Pedro
              Filed Date: 12/08/2020

| **Party Name** | **Disposition Information** |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 12-08-2020 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. Document Available at Court Clerk's Office | 1 | | |
| 12-08-2020 | NEGL | NEGLIGENCE (GENERAL) | | | |
| 12-08-2020 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 12-08-2020 | PFE1 | PETITION Document Available (#1048484767) 📄TIFF  📄PDF | | | $ 163.00 |
| 12-08-2020 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 12-08-2020 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 12-08-2020 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 12-08-2020 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 12-08-2020 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 12-08-2020 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 12-08-2020 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 12-08-2020 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 12-08-2020 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 12-08-2020 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 12-08-2020 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 12-08-2020 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 12-08-2020 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 12-08-2020 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 12-08-2020 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 12-08-2020 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 12-08-2020 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CONDREN, SHEILA A. TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 12-08-2020 | ACCOUNT | RECEIPT # 2020-630041 ON 12/08/2020. <br> PAYOR: ARTHUR H ADAMS PC TOTAL AMOUNT PAID: $ 252.14. <br> LINE ITEMS: <br> CJ-2020-360: $173.00 ON AC01 CLERK FEES. <br> CJ-2020-360: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. <br> CJ-2020-360: $1.66 ON AC31 COURT CLERK REVOLVING FUND. <br> CJ-2020-360: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. <br> CJ-2020-360: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. <br> CJ-2020-360: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. <br> CJ-2020-360: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. <br> CJ-2020-360: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. <br> CJ-2020-360: $25.00 ON AC79 OCIS REVOLVING FUND. <br> CJ-2020-360: $10.00 ON AC81 LENGTHY TRIAL FUND. <br> CJ-2020-360: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. <br> CJ-2020-360: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 01-28-2021 | SMF | SUMMONS FEE | | | $ 10.00 |
| 01-28-2021 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 01-28-2021 | P | FIRST AMENDED PETITION <br> Document Available (#1048846532) TIFF  PDF | | | |
| 01-28-2021 | ACCOUNT | RECEIPT # 2021-633066 ON 01/28/2021. <br> PAYOR: BRET TOTAL AMOUNT PAID: $ 10.00. <br> LINE ITEMS: <br> CJ-2020-360: $10.00 ON AC01 CLERK FEES. | | | |

# USPS Tracking®

## Track Another Package  +

Remove ✕

**Tracking Number:** 70191120000187417469

Your item was delivered to an individual at the address at 12:48 pm on March 1, 2021 in OKLAHOMA CITY, OK 73159.

 **Delivered**

March 1, 2021 at 12:48 pm
Delivered, Left with Individual
OKLAHOMA CITY, OK 73159

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                        ⌄

---

**Tracking History**                                            ⌃

**March 1, 2021, 12:48 pm**
Delivered, Left with Individual
OKLAHOMA CITY, OK 73159
Your item was delivered to an individual at the address at 12:48 pm on March 1, 2021 in OKLAHOMA CITY, OK 73159.

---

**March 1, 2021, 2:43 am**
Departed USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

---

**February 28, 2021**
In Transit to Next Facility

---

**February 27, 2021, 7:46 am**
Arrived at USPS Regional Facility
OKLAHOMA CITY OK DISTRIBUTION CENTER

---

**February 26, 2021, 9:00 pm**
Departed USPS Regional Facility
TULSA OK DISTRIBUTION CENTER

---

**February 26, 2021, 6:41 pm**
Arrived at USPS Regional Facility
TULSA OK DISTRIBUTION CENTER

---

**Product Information** ⌄

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**